In the Matter of CHRISTOPHER HANNON, Petitioner, against DONALD C. WAGNER, as City Manager of the City of Long Beach, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante,* p. 819.]

In the Matter of PLESSDORE REALTY CORP., Appellant. NICHOLAS M. FASANO et al., Respondents.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante,* p. 820.]

In the Matter of 76 CROWN STREET CORPORATION, Appellant-Respondent. JOHN H. CARL & SONS, INC., Respondent-Appellant.— Motion to resettle order denied, with $10 costs. The point urged was not saved for review on appeal. The rent "for the period of time involved herein" begins in March, 1945. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 271 App. Div. 1030.]

In the Matter of UNITED AERO CLUB, INCORPORATED, Appellant, against DENNIS F. McCARTHY, as Building Inspector of the Town of Mount Pleasant, Respondent.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See 272 App. Div. 1017.]

VERONA KLEIN, Appellant, v. ARNOLD H. KLEIN, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante,* p. 812.]

ARTHUR E. NELSON, as Administrator with the Will Annexed of PETER J. T. NELSON, Deceased, Respondent, v. ANNIE BOHLIN, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante,* p. 823.]

SIDNEY REISCHE, Appellant, v. FLORENCE MONTGOMERY, as Executrix of HENRY E. MONTGOMERY, Deceased, et al., Respondents, and EDWARD REISCHE, Impleaded Defendant.— Motion for reargument denied, with $10 costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante,* p. 824.]

BERTHA J. SANGSTER, Respondent, v. HARRY LEFRAK et al., Copartners Doing Business as LEFRAK REALTY Co., Appellants.— Motion for leave to appeal to the Appellate Division granted. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.

SEYMOUR SCHOENFELD, an Infant, by ANNA SCHOENFELD, His Guardian ad Litem, et al., Plaintiffs, v. FOUR LEAF CLOVER REALTY CORP., Defendant and Third Party Plaintiff-Appellant. WALDBAUM, INC., Third Party Defendant-Respondent.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante,* p. 824.]

SAMUEL SCHWITZER, Doing Business under the Name of A. SCHWITZER, Appellant, v. SIMON SHLIVECK, Respondent.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.